UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUSHON LAMEL HAMPTON,

    Plaintiff,

v.                                         Case No. 05-74118

DIRECTOR STEPHANIE GWEN OF        Honorable Patrick J. Duggan
DEPARTMENT OF LABOR AND
ECONOMIC GROWTH MICHIGAN
EMPLOYMENT SECURITY BOARD OF
REVIEW,

    Defendant.
_____/

## ORDER DISMISSING DEFENDANT'S MOTION FOR SUMMARY DISPOSITION AS MOOT

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on December 12, 2005 .

PRESENT:        THE HONORABLE PATRICK J. DUGGAN
                      U.S. DISTRICT COURT JUDGE

On October 27, 2005, *pro se* Plaintiff Dushon Lamel Hampton filed a Complaint against Defendant and an application to proceed *in forma pauperis*. On October 28, 2005, this Court granted Plaintiff's motion to proceed *in forma pauperis*. On November 17, 2005, this Court dismissed Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(ii) and Rule 12(b)(1) of the Federal Rules of Civil Procedure. Presently before the Court is Defendant's Motion for Summary Disposition, filed on November 29, 2005. On December 2, 2005,

Plaintiff filed a response to Defendant's Motion. However, because the Court already dismissed Plaintiff's Complaint in its November 17, 2005 Order, the Court need not rule on Defendant's Motion for Summary Disposition.

Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Disposition is **DISMISSED AS MOOT**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Dushon Lamel Hampton
5158 South Clarendon
Detroit, MI 48204

Martin J. Vittands, AAG.